JESS R. MARCHESE, ESQ.
Nevada bar no. 8175
601 S. Las Vegas Boulevard
Las Vegas, Nevada 89101
(702) 385-5377
*Attorney for Defendant KENNETH RUSSELL JENKINS*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       -vs-<br><br>KENNETH RUSSELL JENKINS,<br><br>              Defendant. | 2:15-cr-225-APG-NJK<br><br>ORDER |

## ORDER

IT IS HEREBY ORDERED that the Probation Department will prepare a pre-plea presentence investigation report for Kenneth Russell Jenkins.

DATED this 3rd day of November, 2015.

By: _____
UNITED STATES DISTRICT COURT JUDGE