NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KENNETH RUSSELL JENKINS, <br><br> Defendant. | Case No.: 2:15-cr-00225-APG-NJK <br><br> Stipulation to Continue Revocation Hearing |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Melanee Smith, Assistant United States Attorney, representing the United States of America, and Jess Marchese, counsel for the defendant, that the revocation hearing currently scheduled for December 8, 2020 at 10:00 a.m., be vacated and continued for at least thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. On October 27, 2020 a revocation hearing was held and defendant admitted to the violations as alleged in petition ECF No. 48/49.

2. Sentencing was held in abeyance to allow defendant to come into compliance.

3. Defendant has been doing well and a new probation officer was assigned to his case.

1

4. Additional time is necessary to allow the new probation officer and defendant to form a relationship.

5. United States Probation Officer Donnette Johnson is in agreement that a continuance is appropriate.

6. The defendant does not oppose the continuance.

7. The parties do not oppose the continuance.

This is the first stipulation to continue filed herein.

DATED this 4th day of December, 2020.

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

*/s/ Jess Marchese*                                    */s/ Melanee Smith*
By_____                 By_____
JESS MARCHESE                               MELANEE SMITH
Counsel for Kenneth Russell Jenkins     Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KENNETH RUSSELL JENKINS,<br><br>                    Defendant. | Case No.:  2:15-cr-00225-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING** |

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for December 8, 2020, at 10:00 a.m. be vacated and continued to January 14, 2021, at 9:30 a.m.; or to a time and date convenient to the Court in Courtroom 6C.

DATED this ___4th___ day of December, 2020.

_____
HONORABLE ANDREW P. GORDON
United States District Court Judge

3